**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DOMINION TERMINAL ASSOCIATES, LLP,

    Plaintiff,

v().                                                                                           Civil Action No. 4:20-cv-00192

COLLINS ENGINEERS, INC.,

    Defendant.

### STIPULATION OF VOLUNTARY DISMISSAL

The Parties, through their undesigned counsel, having settled and resolved all matters at issue in this litigation, hereby agree and stipulate to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: August 25, 2021

    Respectfully submitted,

    **DOMINION TERMINAL ASSOCIATES, LLP**

    By: */s/ James R. Harvey, III*
    James R. Harvey, III (Va. Bar No. 40726)
    Dustin M. Paul (Va. Bar No. 75827)
    Gaela R. Normile (Va. Bar No. 95912)
    VANDEVENTER BLACK LLP
    101 W. Main Street, Suite 500
    Norfolk, Virginia 23510
    Telephone: 757-446-8600
    Facsimile: 757-446-8670
    Email: JHarvey@VanBlackLaw.com
           DPaul@VanBlackLaw.com
           GNormile@VanBlackLaw.com
    *Counsel for Dominion Terminal Associates, LLP*

SEEN and AGREED,

 */s/ Joseph W. Cooch*
Joseph W. Cooch, Esq.
Nathan B. Greyard, Esq.
LEE/SHOEMAKER PLLC
701 E. Water Street, Suite 101
Charlottesville, VA 22902
Email: jwc@leeshoemaker.com
         nbg@leeshoemaker.com

Jonathan C. Shoemaker, Esq.
LEE/SHOEMAKER PLLC
1400 I Street, NW, Suite 200
Washington, DC 20005
Email: jcs@leeshoemaker.com
*Counsel for Collins Engineers, Inc.*

4826-4422-6807